**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01449-CV

### DEAN A. SMITH SALES, INC. D/B/A THE DEAN GROUP, Appellant

### V.

### METAL SYSTEMS, INC., Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04695-2010**

## ORDER

The Court has before it appellee's March 19, 2012 motion to strike portions of appellant's reply brief and appellee's March 14, 2012 first amended motion for damages. We **DENY** both motions.


/s/    MOLLY FRANCIS
        JUSTICE